```
 1 | BENJAMIN B. WAGNER
   | United States Attorney
 2 | JEFFREY A. SPIVAK
   | Special Assistant U.S. Attorney
 3 | 501 I Street, Suite 10-100
   | Sacramento, CA  95814
 4 | Telephone: (916) 554-2700
```



FILED
APR 0 9 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

2:13-mj-0114 CKD

| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) VIOLATIONS: 18 U.S.C. § 13 and |
| | ) C.V.C. § 14601.1(a) - Driving |
| v. | ) When Privilege Suspended; 18 |
| | ) U.S.C. § 13 and C.V.C. § |
| | ) 12500(a) - Driving Without a |
| | ) License |
| RANDY L. SCOTT, | ) |
| Defendant. | ) |

I N F O R M A T I O N

COUNT ONE:   [18 U.S.C. § 13 and C.V.C. § 14601.1(a) -
             Driving When Privilege Suspended]

   The United States Attorney charges:   T H A T

                    RANDY L. SCOTT,

defendant herein, on or about February 3, 2010, at the Tracy Defense Depot, County of San Joaquin, State and Eastern District of California, within the special maritime and territorial jurisdiction of the United States, did unlawfully drive a motor vehicle when such privilege was suspended, in violation of Title 18, United States Code, Section 13 and California Vehicle Code,

Page 1 of 2

1  Section 14601.1(a), a misdemeanor.

2

3  COUNT TWO:     [18 U.S.C. § 13 and C.V.C. § 12500(a) -
                   Driving Without a Valid License]

4      The United States Attorney further charges: T H A T

5                  RANDY L. SCOTT,

6  defendant herein, on or about February 3, 2010, at the Tracy

7  Defense Depot, County of San Joaquin, State and Eastern District

8  of California, within the special maritime and territorial

9  jurisdiction of the United States, did unlawfully drive a motor

10 vehicle without a valid license, in violation of Title 18, United

11 States Code, Section 13 and California Vehicle Code, Section

12 12500(a), a misdemeanor

13

14 DATED: April 9, 2013                BENJAMIN B. WAGNER
                                        United States Attorney
15

16                                  By: _____
                                        JEFFREY A. SPIVAK
17                                      Special Assistant U.S. Attorney

**PENALTY SLIP**

**U.S. v. Randy L. Scott**

COUNT 1:

| | |
|---|---|
| VIOLATION: | 18 U.S.C. § 13 and C.V.C. § 14601.1(a) - Driving When Privilege Suspended. |
| MAXIMUM PENALTY: | Imprisonment for not more than 6 months or a fine of not more than $1,000, or both. |
| MINIMUM PENALTY: | A fine of not less than $300. |
| SPECIAL ASSESSMENT: | $10.00 |

COUNT 2:

| | |
|---|---|
| VIOLATION: | 18 U.S.C. § 13 and C.V.C. § 12500(a) - Driving Without a Valid License. |
| MAXIMUM PENALTY: | Imprisonment for not more than 6 months or a fine of not more than $1,000, or both. |
| SPECIAL ASSESSMENT: | $10.00 |