1  HEATHER WILLIAMS, Bar #122664
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   COURTNEY OXSEN
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6
   Attorney for Defendant
7  RANDY L. SCOTT

8

9

10                    IN THE UNITED STATES DISTRICT COURT

11                  FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13 UNITED STATES OF AMERICA,        ) No. 2:13-MJ-00114-CKD
                                    )
14                Plaintiff,        )
                                    ) STIPULATION AND ORDER TO VACATE
15      v.                          ) BENCH TRIAL AND SET
                                    ) A CHANGE OF PLEA
16 RANDY L. SCOTT,                  )
                                    )
17                Defendant.        ) Date:  July 11, 2013
                                    ) Time:  9:30 a.m.
18 _____  ) Judge: Hon. Carolyn K. Delaney

19

20      IT IS HEREBY STIPULATED between the parties through their respective

21 counsel, Ashwin Janakiram, Assistant United States Attorney, and Linda C.

22 Harter, Chief Assistant Federal Defender, attorney for RANDY L. SCOTT,

23 that the Court vacate the June 17, 2013 Bench Trial and set a date for a

24 Change of Plea on July 11, 2013 at 9:30 a.m.

25

26

27

28 / / /

| | | |
|---|---|---|
| 1 | Dated: June 13, 2013 | Respectfully submitted, |
| 2 | | HEATHER WILLIAMS<br>Federal Defender |
| 3 | | |
| 4 | | /s/ Linda C. Harter<br>LINDA C. HARTER |
| | | Chief Assistant Federal Defender |
| 5 | | Attorney for Defendant<br>RANDY L. SCOTT |
| 6 | | |
| 7 | | /s/ Courtney Oxsen<br>COURTNEY OXSEN<br>Certified Student Attorney |
| 8 | | |
| 9 | Dated: June 13, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
| 10 | | |
| 11 | | /s/Ashwin Janakiram<br>ASHWIN JANAKIRAM |
| 12 | | Assistant United States Attorney |

**ORDER**

IT IS SO ORDERED.

Dated: June 14, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order                -2-