

**FILED**
JUL 1 1 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  ASHWIN JANAKIRAM
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:13-mj-00114-CKD |
|---|---|
| Plaintiff, | PLEA AGREEMENT PURSUANT TO RULE 11(c)(1)(B) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| v. | |
| RANDY L. SCOTT, | DATE: July 11, 2013<br>TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Carolyn K. Delaney |

   Pursuant to Rule 11(c)(1)(B) of the Federal Rules of Criminal Procedure, the United States of America, by and through its undersigned attorney, and the defendant, Randy L. Scott, by and through his attorney enter into the following plea agreement:

   1.  The defendant agrees to plead guilty to Count Two of the Information, charging Driving without a Valid License, in violation of Title 18, United States Code, Section 13 and California Vehicle Code Section 12500(a), a Class B misdemeanor.

   2.  The defendant agrees that he is guilty as charged in Count Two of the Information and agrees that the facts set forth in the Factual Basis attached hereto as Exhibit A are accurate.

   3.  In exchange for the defendant's plea of guilty to Count Two

1  of the Information, the United States and the defendant jointly agree
2  as follows:
3              (a)  The defendant shall serve a one-year term of court
4                   probation, subject to the following conditions:
5                   (i)  The defendant shall pay a $300 fine and a special
6                        assessment of $10.00, payable to the Clerk of the
7                        Court;
8                   (ii) The defendant shall not commit another federal,
9                        state, or local crime;
10                  (iii) The defendant shall notify the United States
11                        Attorney's Office within seventy-two hours of
12                        being arrested;
13                  (iv) The defendant shall notify the United States
14                        Attorney's Office ten days prior to any change in
15                        residence;
16                  (v)  The term of court probation shall terminate after
17                        one year; and
18             (b)  The United States will move to dismiss Count One of the
19                  Information at sentencing.
20      4.   The defendant understands that for his conviction for Driving
21 Without a Valid Driver's License, in violation of Title 18, United
22 States Code, Section 13 and California Vehicle Code Section 12500(a),
23 a Class B misdemeanor, the Court, in its discretion, can impose a
24 maximum sentence of six months incarceration and/or a fine of
25 $1,000.00.  The Court must impose a mandatory $10.00 special
26 assessment.
27      5.   The defendant understands that by pleading guilty to the
28 aforementioned offense he is waiving the right to plead not guilty,

2

1  the right to a bench trial, to subpoena witnesses, to confront and
2  cross-examine adverse witnesses, and against compelled self-
3  incrimination.

4       6.  Notwithstanding the agreement, if the defendant ever attempts
5  to vacate this plea, dismiss the underlying charges, or reduce or set
6  aside the defendant's sentence on any of the counts to which the
7  defendant is pleading guilty, the government shall have the right (1)
8  to prosecute the defendant on the count to which the defendant pleaded
9  guilty, (2) to reinstate any counts that may be dismissed pursuant to
10 this plea agreement, and (3) to file any new charges that would
11 otherwise be barred by this plea agreement.  The decision to pursue
12 any or all of these options is solely in the discretion of the United
13 States Attorney's Office.  By signing this plea agreement, the
14 defendant agrees to waive any objections, motions, and defenses the
15 defendant might have to the government's decision.  In particular, the
16 defendant agrees not to raise any objections based on the passage of
17 time with respect to such counts including, but not limited to, any
18 statutes of limitation or any objections based on the Speedy Trial Act
19 or the Speedy Trial Clause of the Sixth Amendment.

20      7.  The defendant understands that the Court is not bound by this
21 agreement, or by the parties' stipulations about the facts of this
22 case, and that the defendant has no right to withdraw the defendant's
23 guilty plea if the Court decides not to accept the recommendation set
24 forth in this plea agreement.

25      8.  The defendant acknowledges that no government representative,
26 nor anyone else, has made any representations or promises to the
27 defendant regarding this matter, other than those set forth herein.
28      9.  Although the defendant has been fully informed and

3

1  understands that the defendant has the right to an appeal in this
2  matter, the defendant waives the right to appeal and collaterally
3  attack his guilty plea and sentence.

4      10. By signing this document, the defendant, the defendant's
5  counsel, and the government's attorney acknowledge that the above plea
6  agreement is properly stated and signifies the entire terms agreed to
7  by all parties.

DATED: July 11, 2013

BENJAMIN B. WAGNER
United States Attorney

By: _____
ASHWIN JANAKIRAM
Special Assistant U.S. Attorney

DATED: July 11, 2013

HEATHER WILLIAMS
Federal Defender

By: _____
LINDA HARTER
Chief Assistant Federal Defender
Attorney for Defendant

DATED: July 11, 2013

_____
RANDY L. SCOTT
Defendant

#### EXHIBIT A: STIPULATED FACTUAL BASIS

If this case were to proceed to trial, the United States would prove beyond a reasonable doubt that the defendant, RANDY L. SCOTT, on or about February 3, 2010, did unlawfully drive a motor vehicle without a valid driver's license at the Tracy Defense Depot, in the County of San Joaquin, State and Eastern District of California, within the special maritime and territorial jurisdiction of the United States.

I, RANDY L. SCOTT, have read the Stipulated Factual Basis for this plea and agree to the facts and stipulations contained therein.

DATED: July 11, 2013

_____
RANDY L. SCOTT
Defendant